UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2020_____
```

ROBERT A. DE BY,

                              Plaintiff,

              -against-

ALEJANDRO TAYLOR a/k/a ALEX
TAYLOR; HORACIO ARECO; and
JOHN DOES 1-10,

                              Defendants.

1:20-cv-01280-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 17, 2020 the Court ordered the Plaintiff to show cause why his case should not

be dismissed for failure to serve the defendants [ECF No. 12].  On June 23, 2020, the Plaintiff

filed his response to the Court's Order, (i) indicating that service was delayed due to the closure,

as a result of the COVID-19 pandemic, of the Argentine Central Authority ("DAJIN")

responsible for service under the Hague Convention, and (ii) requesting that the Court stay the

action until the DAJIN reopens and service may be effected.

Accordingly, it is hereby ORDERED that the action is stayed for a period of thirty (30)

days until July 31, 2020.  No later than July 28, 2020, the Plaintiff must file via ECF a status

letter indicating whether the DAJIN has reopened and, if so, when he expects service to be

effected, or whether he requests any further stay.

SO ORDERED.

Date:  July 1, 2020                            **MARY KAY VYSKOCIL**
       New York, NY                           **United States District Judge**