USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:4/14/2026

**Law Office of John V.N. Philip, Esq.**

260 West 91st Street
Apt. #3A
New York, NY 10024
Phone: +1-(917)-892-1914

John V.N. Philip, Esq.
JohnPhilipNYC@aol.com

MATTER:     *de By. v. Taylor et al.* – Case 1:20-cv-01280-MKV
OUR REF.:   JVNP/2020/dB-T/SDNY/defamation
YOUR REF.:

April 9, 2026

**FILED VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    Status Letter – International Service of Summons/Complaint
       *de By v. Taylor et al.* – Case 1:20-cv-01280-MKV

Dear Judge Vyskocil,

I represent Plaintiff Robert de By in the above-mentioned action.  I write today to update you on the latest developments in connection with the service in Argentina of the Summons and Complaint in this action and to renew our request for a stay.

In your March 2, 2026, Memorandum Endorsement (Dkt. 113), you stated: "Plaintiff's request for a further stay of this action is GRANTED.  This case is stayed for an additional 45 days, through and including April 20, 2026.  On or before April 13, 2026, Plaintiff shall file a status letter (1) updating the Court as to DAJIN's progress in serving Defendants, (2) when Plaintiff anticipates service will occur, and (3) if necessary, renewing Plaintiff's request for a stay.  SO ORDERED."

As I informed you previously, I formally requested DAJIN to continue its attempt to serve Defendant Taylor at his home address pursuant to the Hague Service Convention and to also serve defendant Taylor at his new office address in Buenos Aires, Argentina.

**LAW OFFICE OF JOHN V.N. PHILIP, ESQ.**

The Honorable Mary Kay Vyskocil
United States District Judge
April 9, 2026
Page 2

      We have not yet heard back from DAJIN concerning the Hague Service Convention service on defendants Alejandro Taylor or Horacio Areco.

      Accordingly, Plaintiff respectfully requests that a further stay of this action shall be granted for (i) a period of no less than 45 days, or (ii) until such time as the Argentine central authority DAJIN has served Defendants Taylor and Areco.

                                   Respectfully submitted,

                                   John V.N. Philip, Esq.
                                   *Counsel to Plaintiff*
                                   *Robert A. de By*

Plaintiff's request for a further stay of this action is GRANTED.  This case is stayed for an additional 45 days, through and including June 4, 2026.  On or before May 28, 2026, Plaintiff shall file a status letter (1) detailing and attaching Plaintiff's latest communications with DAJIN; (2) updating the Court as to DAJIN's progress in serving Defendants, (3) when Plaintiff anticipates service will occur, and (4) if necessary, renewing Plaintiff's request for a stay.

SO ORDERED.

Date: 4/14/2026
New York, New York

                                 Mary Kay Vyskocil
                                 United States District Judge