# Law Office of John V.N. Philip, Esq.

260 West 91st Street
Apt. #3A
New York, NY 10024
Phone: +1-(917)-892-1914

John V.N. Philip, Esq.
JohnPhilipNYC@aol.com

| | |
|---|---|
| **Matter:** | *de By. v. Taylor et al.* – Case 1:20-cv-01280-MKV |
| **Our ref.:** | JVNP/2020/dB-T/SDNY/defamation |
| **Your ref.:** | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

May 27, 2026

**FILED VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Status Letter – International Service of Summons/Complaint
*de By v. Taylor et al.* – Case 1:20-cv-01280-MKV

Dear Judge Vyskocil,

I represent Plaintiff Robert de By in the above-mentioned action. I write today to update you on the latest developments in connection with the service in Argentina of the Summons and Complaint in this action and to renew our request for a stay.

In your April 14, 2026, Memorandum Endorsement (Dkt. 115), you stated: "Plaintiff's request for a further stay of this action is GRANTED. This case is stayed for an additional 45 days, through and including June 4, 2026. On or before May 28, 2026, Plaintiff shall file a status letter (1) detailing and attaching Plaintiff's latest communications with DAJIN; (2) updating the Court as to DAJIN's progress in serving Defendants, (3) when Plaintiff anticipates service will occur, and (4) if necessary, renewing Plaintiff's request for a stay. SO ORDERED."

As I informed you previously, I formally requested DAJIN to continue its attempt to serve Defendant Taylor at his home address pursuant to the Hague Service Convention and to also serve defendant Taylor at his new office address in Buenos Aires, Argentina.

**LAW OFFICE OF JOHN V.N. PHILIP, ESQ.**

The Honorable Mary Kay Vyskocil
United States District Judge
May 27, 2026
Page 2

We have not yet heard back from DAJIN concerning the Hague Service Convention service on defendants Alejandro Taylor or Horacio Areco.

However, on April 10, 2026, counsel for defendants Taylor and Areco wrote me to demand that my client, Plaintiff here, voluntarily dismiss this case no later than by April 24, 2026.  In her letter, opposing counsel purposefully misconstrued the Complaint, arguing it is frivolous and brought for an improper purpose.

As a result, we were hopeful that, perhaps, the Defendants' hiding out in Argentina and avoiding service of process would come to an end, because opposing counsel wrote me: "If Mr. de By does not voluntarily dismiss the pending action, Mr. Taylor and Mr. Areco intend to take next steps to bring to the Court's attention that the claims are frivolous and baseless and to seek the dismissal of this action."  I responded to opposing counsel on April 14, 2026 (a copy of my letter is attached as **Exhibit 1**).

Nevertheless, the threatened April 24th deadline came and went without the Defendants submitting to the jurisdiction of this Court.  I have not heard from opposing counsel or the Defendants since.

Accordingly, Plaintiff respectfully requests that a further stay of this action shall be granted for (i) a period of no less than 45 days, or (ii) until such time as the Argentine central authority DAJIN has served Defendants Taylor and Areco.

Respectfully submitted,

John V.N. Philip, Esq.
*Counsel to Plaintiff*
*Robert A. de By*

This case was initiated over six years ago yet service has still not been effectuated.  Nonetheless, Plaintiff's request for a further stay of this action is GRANTED.  This case is stayed for an additional 45 days, through and including July 19, 2026.

On or before July 13, 2026, Plaintiff shall file a status letter (1) detailing and attaching Plaintiff's latest communications with DAJIN; (2) updating the Court as to DAJIN's progress in serving Defendants; (3) when Plaintiff anticipates service will occur; (4) whether Plaintiff intends to file a motion for alternative service; and (5) if necessary, renewing Plaintiff's request for a stay.

SO ORDERED.

Date: 5/26/2026
New York, New York

Mary Kay Vyskocil
United States District Judge